JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MINYANG YUAN,
Petitioner,
v.
WARDEN OF ADELANTO ICE PROCESSING CENTER, et al.,
Respondents.

Case No. 5:26-cv-06075-KES

**JUDGMENT**

Pursuant to the Court's Order Granting Petition in Part and Ordering Petitioner's Release from Custody, IT IS ADJUDGED that Ground 1 of the Petition is granted, and Ground 2 is dismissed as moot.

DATED: November 2, 2026

Karen E. Scott
KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE